June Goodenough and Lydia Goodenough. Lydia Goodenough, Appellee, v. George Oberhardt and Harold Oberhardt, Minor, by George Oberhardt, His Father and Next Friend. George Oberhardt, Appellant.

Gen. No. 40,927. (Abstract of Decision.)

Heard in first division, first district, this court at December term, 1939; opinion filed May 20, 1940. Emerson C. Whitney and John A. Bloomingston, for appellants; C. Helmer Johnson, for appellees; J. F. Van Wakeman, of counsel. Opinion by JUSTICE O'CONNOR. "Not to be published in full."